pay: (1) $10 motion costs; (2) the taxable costs and disbursements in the action to date and on this appeal, and (3) furnish an undertaking in the sum of $500 to secure the defendant for any future costs and disbursements to which it may become entitled in this action, if any. Settle order. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ FRANCES NASH, Individually and as Executrix of EDWARD M. NASH, Deceased, Respondent, v. MAX FRANK, Individually and as Executor of LOUIS B. FRANK, Deceased, et al., Appellants, et al., Defendants.— Judgment and orders so far as appealed from affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ. [9 Misc 2d 103.]

■ In the Matter of GRANT-MORRIS MANAGEMENT CORPORATION, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ.

■ In the Matter of GRANT-MORRIS MANAGEMENT CORPORATION, Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— Order in article 78 proceeding annulling determination of Rent Commission reversed, on the law, and the determination reinstated, without costs to either party. (See disposition on companion appeal.) Under the statute and the relevant regulations, the commission is entitled to include a son-in-law living with a resident daughter as a member of the immediate family. It is quite clear that this was the commission's practical construction of the term "immediate family" in connection with applications for certificates of eviction even prior to the legislative adoption of that term for delimiting the scope of tenant occupancy without increasing the rent liability of the statutory tenant. (State Residential Rent Law, § 4, subd. 4, par. [a], cl. [9], as amd. by L. 1955, ch. 685, and as last amd. by L. 1957, ch. 755; State Rent and Eviction Regulations, §§ 55, 33, subd. 5.) Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ. [7 Misc 2d 449.]

■ ZACK REESE et al., Appellants, v. HARTFORD ACCIDENT & INDEMNITY COMPANY OF HARTFORD, CONN., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ.

■ In the Matter of the Accounting of HELEN WEINBERG et al., as Executors of ROSE GOLDBERG, Deceased, Respondents. RUTH KAMIL et al., Appellants; MILDRED CIRINGIONE, Respondent.— Decree unanimously affirmed, with costs, to all parties appearing separately and filing briefs payable out of the estate. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ. [9 Misc 2d 403.]

■ HELEN C. FLEISCHER et al., Respondents, v. LAWTON ESTATES, INC., et al., Appellants. LAWTON ESTATES, INC., Third-Party Plaintiff-Respondent, v. UNITED ELEVATOR SERVICE, INC., Third-Party Defendant-Appellant.— Judgment unanimously affirmed; and plaintiffs-respondents to recover of the defendants-appellants the costs of this appeal, and the third-party plaintiff-respondent recover of the third-party defendant-appellant the costs of this appeal. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE DENMARK, Appellant. Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ.

■ SAM LANDIS, Respondent, v. SAM GOODY, Appellant.— This is an appeal from a judgment and order granting summary judgment in an action